## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Pelmer Wesala,                                            Civil No. 12-1722 (RHK/FLN)

                Plaintiff,                          **ORDER OF DISMISSAL**
                                                                     **WITH PREJUDICE**

v.

California Recovery Bureau, Inc., Jennifer Davis,

                Defendants.

---

The court having been advised that the above-entitled action has been resolved, **IT IS ORDERED** that the above-entitled action against Defendants is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 29, 2012

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge